B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Prime Plumbing, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3986705** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**124 Lewis Court<br>Schaumburg, IL**<br><div align="right">ZIP Code<br>**60193**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

#### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                          Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Prime Plumbing, Inc.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)

<div align="right">Page 3</div>

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Prime Plumbing, Inc.**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Ariel Weissberg**
Signature of Attorney for Debtor(s)

**Ariel Weissberg 03125591**
Printed Name of Attorney for Debtor(s)

**Weissberg and Associates, Ltd.**
Firm Name

**401 S. LaSalle St.**
**Suite 403**
**Chicago, IL 60605**

Address

**Email: ariel@weissberglaw.com**
**312-663-0004 Fax: 312-663-1514**
Telephone Number

**March  1, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Carol Salem**
Signature of Authorized Individual

**Carol Salem**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**March  1, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6D (Official Form 6D) (12/07)

In re **Prime Plumbing, Inc.** _____, Case No. _____

_Debtor_

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xx5-814**<br><br>**U.S. Bank**<br>**PO Box 790179**<br>**St. Louis, MO 63179-0179** | - | | **2004 Chevy Express Van**<br><br>Value $             **11,995.00** | | | | **2,173.60** | **0.00** |
| Account No. | | | <br><br>Value $ | | | | | |
| Account No. | | | <br><br>Value $ | | | | | |
| Account No. | | | <br><br>Value $ | | | | | |

| | | |
|---|---|---|
| __0__ continuation sheets attached | Subtotal<br>(Total of this page) | **2,173.60** | **0.00** |
| | Total<br>(Report on Summary of Schedules) | **2,173.60** | **0.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re    **Prime Plumbing, Inc.**                                                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**0**_____  continuation sheets attached

B6F (Official Form 6F) (12/07)

In re      **Prime Plumbing, Inc.**                                          Case No. _____
                                                        ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxx-xxxx-xxxx-0848    **Advanta** **PO Box 8088** **Philadelphia, PA 19101-8088** | X | - | | **Credit card purchases** | | | | **22,702.52** |
| Account No.    **Alliance Concrete Sawing Drilling** **570 Rock Road Drive Unit N** **East Dundee, IL 60118** | | - | | | | | | **8,608.25** |
| Account No.    **Alliance Industrial Services, LLC** **LLC 570 Rock Road Drive Unit N** **East Dundee, IL 60118** | | - | | | | | | **4,245.00** |
| Account No. xxxx-xxxxxx-x3005    **American Express Corporate** **PO Box 0001** **Los Angeles, CA 90096** | X | - | | **Credit card purchases** | | | | **10,683.35** |

___11___ continuation sheets attached

Subtotal
(Total of this page)                    **46,239.12**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          S/N:23645-101118    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Prime Plumbing, Inc.** _____ ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxxxx-x1000**<br><br>**American Express Simply Cash**<br>**PO Box 0001**<br>**Los Angeles, CA 90096-0002** | - | | **Credit card purchases** | | | | **34,229.49** |
| Account No.<br><br>**American Insulation, Inc. WBE**<br>**6N181 Cloverdale Road**<br>**Roselle, IL 60172** | - | | | | | | **5,420.00** |
| Account No.<br><br>**AT&T**<br>**PO Box 8100**<br>**Aurora, IL 60507-8100** | - | | | | | | **130.34** |
| Account No.<br><br>**Barge Terminal Trucking, Inc.**<br>**P.O. Box 636**<br>**Oswego, IL 60543** | - | | | | | | **20,528.59** |
| Account No.<br><br>**Barge Terminal Trucking, Inc.**<br>**c/o Terrence J. Benshoff**<br>**30 S. Wacker Dr., 26th Floor**<br>**Chicago, IL 60606** | - | | **Barge Terminal Trucking, Inc. v. Prime Plumbing, Inc., 10-CH-3307** | | | X | **12,966.64** |

Sheet no. __1___ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **73,275.06**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Prime Plumbing, Inc.** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> BG Concrete Inc. <br> 265 Apollo Court <br> Wood Dale, IL 60191 | | - | | | | | 1,900.00 |
| Account No. **xxxP096** <br><br> Caine & Weiner <br> 1699 East Woodfield Rd. <br> Schaumburg, IL 60173 | | - | | | | | 631.62 |
| Account No. **8664** <br><br> CB&K Supply <br> PO Box 1037 <br> Janesville, WI 53547-1037 | | - | | | | | 95,357.41 |
| Account No. **xxxx xxxx xxxx 7405** <br><br> Chase Card Services <br> P.O. Box 15153 <br> Wilmington, DE 19886-5153 | | - | Credit card purchases | | | | 4,965.98 |
| Account No. **xxxx xxxx xxxx 4283** <br><br> CitiBusiness Card <br> PO Box 688901 <br> DesMoines, IA 50368-8901 | X | - | Credit card purchases | | | | 7,438.38 |

Sheet no. __2___ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **110,293.39**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Prime Plumbing, Inc.** _____,    Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Competitive Concrete Cutting, Inc. P.O. Box 232 Itasca, IL 60143 | - | | | | | | | 3,375.00 |
| Account No. | | | | Competitive Concrete Cutting, Inc. v. Prime Plumbing, Inc., 10-SC-7246 | | | | |
| Competitive Concrete Cutting, Inc. c/o Edgerton & Edgerton 125 Wood St., PO Box 218 West Chicago, IL 60186 | - | | | | | | X | 2,030.00 |
| Account No. | | | | | | | | |
| Continental Disposal LLC 3465 S. Lituanica Chicago, IL 60608 | - | | | | | | | 324.00 |
| Account No. | | | | | | | | |
| Creative Industries Terrazzo 1753 N. Spaulding Avenue Chicago, IL 60647-4920 | - | | | | | | | 278.93 |
| Account No. xxxx-xxxx-xxxx-xxx3-626 | | | | | | | | |
| Dell Business Credit P.O. Box 5275 Carol Stream, IL 60197-5275 | - | | | | | | | 1,163.36 |

Sheet no. __3___ of __11__ sheets attached to Schedule of               Subtotal                7,171.29
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Prime Plumbing, Inc.** _____,      Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxx8896** | | | | | | | | | |
| Dex Box 660835 Dallas, TX 75266-0835 | | - | | | | | | | 10,772.35 |
| Account No. | | | | | | | | | |
| Elfco 9860 Clearvue Court Mokena, IL 60448 | | - | | | | | | | 5,060.51 |
| Account No. | | | | | Evergreen State Bank v. Prime Plumbing, Inc., 10-CV-5281 | | | X | |
| Evergreen State Bank c/o Daniel J. McGarry 33 E. Main St., Suite 300 Madison, WI 53703 | | | | | | | | | 133,486.89 |
| Account No. **xxxx xxxx xxxx 7354** | | | | | | | | | |
| GM Business Card PO Box 15153 Wilmington, DE 19886-5153 | X | - | | | | | | | 22,203.92 |
| Account No. | | | | | | | | | |
| Harrington Industrial Plastics LLC 10151 Bunsen Way Louisville, KY 40299 | | - | | | | | | | 15,541.93 |

Sheet no. __4__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **187,065.60**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Prime Plumbing, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Harrington Industrial Plastics, LLC** <br> **c/o John D. Burke/ Ice Miller, LLP** <br> **200 W. Madison Street, Suite 3500** <br> **Chicago, IL 60606** | - | | **Harrington Industrial Plastics LLC v. Prime Plumbing, Inc., 09-M1-205758, Judgment** | | | | 15,041.93 |
| Account No. <br><br> **Harris, N.A.** <br> **c/o Martin J. Wasserman** <br> **191 N. Wacker Dr., Suite 1800** <br> **Chicago, IL 60606** | - | | **Harris, N.A. v. Prime Plumbing, Inc., et al. 10-L-011258** | | | X | 264,913.60 |
| Account No. <br><br> **Hines Excavating, Inc.** <br> **21W141 Canary Road** <br> **Lombard, IL 60148** | - | | | | | | 11,300.00 |
| Account No. <br><br> **Home Depot Credit Services** <br> **PO Box 6029** <br> **The Lakes, NV 88901-6029** | - | | | | | | 756.68 |
| Account No. <br><br> **John J. Moroney & Co.** <br> **8301 S. 77th Avenue** <br> **Bridgeview, IL 60455** | - | | | | | | 1,946.50 |

Sheet no. __5__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          293,958.71

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Prime Plumbing, Inc.**_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx7344** <br><br> **Kieft Bros., Inc.** <br> **Dept. CH 17487** <br> **Palatine, IL 60055-7487** | - | | | | | | 10,782.43 |
| Account No. <br><br> **McCann Industries, Inc.** <br> **38951 Eagle Way** <br> **Chicago, IL 60678-1389** | - | | | | | | 1,585.36 |
| Account No. <br><br> **McCann Industries, Inc.** <br> **c/o Nigro Westfall** <br> **1793 Bloomingdale Rd.** <br> **Glendale Heights, IL 60139** | - | | **McCann Industries, Inc. v. Prime Plumbing, Inc., 10-SC-008447** | | | X | 3,161.69 |
| Account No. **xxx-xxx-xRIM2** <br><br> **McLennan Property Management Co.** <br> **25 N. Northwest Highway** <br> **Park Ridge, IL 60068** | - | | | | | | 10,149.28 |
| Account No. **xxxx-xxxx-xxxx-0429** <br><br> **Menards** <br> **PO Box 5219** <br> **Carol Stream, IL 60197** | - | | | | | | 1,698.91 |

Sheet no. __6__ of __11__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)    | 27,377.67 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Prime Plumbing, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Miller Concrete Construction, Inc.** **903 W. Washington St. Suite 300** **West Chicago, IL 60185** | - | | | | | | | 1,635.00 |
| Account No. **xxx2 200** | | | | | | | | |
| **Mueller & Co., LLP** **2230 Point Blvd. Suite 700** **Elgin, IL 60123** | - | | | | | | | 9,445.00 |
| Account No. | | | | | | | | |
| **Porter Pipe and Supply Co.** **35049 Eagle Way** **Chicago, IL 60678** | - | | | | | | | 448.12 |
| Account No. **xxxxxx0244** | | | | | | | | |
| **Rent Rite** **1260 Higgins Road** **Elk Grove Village, IL 60007** | - | | | | | | | 22,826.31 |
| Account No. **xx8115** | | | | | | | | |
| **RSC Equipment Rental** **3639 Maine** **Quincy, IL 62305** | - | | | | | | | 16,040.69 |

Sheet no. __7___ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **50,395.12**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Prime Plumbing, Inc.**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| **S.K. Culver Co.** **487 Thomas Drive** **Bensenville, IL 60106** | | | | | | | | **1,320.65** |
| Account No. **xxxx-xxxx-xxxx-4731** | | - | | | | | | |
| **Sears Gold MC 4731** **PO Box 182149** **Columbus, OH 43218-2149** | | | | | | | | **6,637.23** |
| Account No. **xxx-xx9-063** | X | - | | Credit card purchases | | | | |
| **Shell Fleet Plus** **PO Box 183019** **Columbus, OH 43218** | | | | | | | | **2,729.60** |
| Account No. | | - | | | | | | |
| **Spartan Tool** **1506 West Division Street** **Mendota, IL 61342** | | | | | | | | **357.29** |
| Account No. **xx1802** | | - | | | | | | |
| **Stand Guard, Inc** **6110 Lou Street** **Crystal Lake, IL 60014** | | | | | | | | **99.80** |

Sheet no. __8__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **11,144.57**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Prime Plumbing, Inc.** ,  Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| Stieper Law Offices, LTD 2500 West Higgins Road Suite 1200 Hoffman Estates, IL 60169-7243 | | | | | | | 18,598.07 |
| Account No. | | - | | | | | |
| Test Gauge and Backflow Supply Inc. 2587 Millenium Drive Unit K-2 Elgin, IL 60123 | | | | | | | 107.00 |
| Account No. **x0607** | | - | | | | | |
| The IDM Group P.O. Box 1507 South Pasadena, CA 91031-1507 | | | | | | | 3,194.35 |
| Account No. | | - | | | | | |
| Tradeco Construction 287 Exeter Lane Sugar Grove, IL 60554 | | | | | | | 2,273.50 |
| Account No. **xxxx xxxx xxxx 7856** | | | Credit card purchases | | | | |
| United Visa PO Box 15153 Wilmington, DE 19886-5153 | X | - | | | | | 30,873.12 |

Sheet no. __9__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

55,046.04

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Prime Plumbing, Inc.** ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **222** <br><br> **US Plumbing and Heating Supply Co., Inc.** <br> **160 Joey Drive** <br> **Elk Grove Village, IL 60007** | - | | | | | | | **35,148.76** |
| Account No. <br><br> **W-T Mechanical/Electrical Engineering** <br> **2675 Pratum Avenue** <br> **Hoffman Estates, IL 60192** | - | | | | | | | **1,700.00** |
| Account No. **xxxxxxxx429-1** <br><br> **West Bend Mutual** <br> **Bin 432** <br> **Milwaukee, WI 53288-0432** | - | | | | | | | **500.00** |
| Account No. <br><br> **Wm. F. Meyer Co.** <br> **1225 Gateway Drive** <br> **Elgin, IL 60124** | - | | | | | | | **35,827.91** |
| Account No. <br><br> **Yellow Book** <br> **PO Box 660052** <br> **Dallas, TX 75266-0052** | - | | | | | | | **12,548.00** |

Sheet no. _**10**_ of _**11**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**85,724.67**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Prime Plumbing, Inc.** _____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Ziebell Water Service 2001 Pratt Blvd. Elk Grove Village, IL 60007** | - | | | | | | | 6,559.93 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __11__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 6,559.93 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 954,251.17 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Prime Plumbing, Inc.**                                            Case No.
                                        Debtor(s)          Chapter      **7**

## VERIFICATION OF CREDITOR MATRIX

                                        Number of Creditors:                            **58**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **March  1, 2011**                        **/s/ Carol Salem**
                                                  **Carol Salem/President**
                                                  Signer/Title

Advanta
PO Box 8088
Philadelphia, PA 19101-8088

Alliance Concrete Sawing Drilling
570 Rock Road Drive Unit N
East Dundee, IL 60118

Alliance Industrial Services, LLC
LLC 570 Rock Road Drive Unit N
East Dundee, IL 60118

American Express Corporate
PO Box 0001
Los Angeles, CA 90096

American Express Simply Cash
PO Box 0001
Los Angeles, CA 90096-0002

American Insulation, Inc. WBE
6N181 Cloverdale Road
Roselle, IL 60172

AT&T
PO Box 8100
Aurora, IL 60507-8100

Barge Terminal Trucking, Inc.
P.O. Box 636
Oswego, IL 60543

Barge Terminal Trucking, Inc.
c/o Terrence J. Benshoff
30 S. Wacker Dr., 26th Floor
Chicago, IL 60606

BG Concrete Inc.
265 Apollo Court
Wood Dale, IL 60191

Caine & Weiner
1699 East Woodfield Rd.
Schaumburg, IL 60173

Carol Salem
124 Lewis Ct.
Schaumburg, IL 60193


CB&K Supply
PO Box 1037
Janesville, WI 53547-1037


Chase Card Services
P.O. Box 15153
Wilmington, DE 19886-5153


CitiBusiness Card
PO Box 688901
DesMoines, IA 50368-8901


Competitive Concrete Cutting, Inc.
P.O. Box 232
Itasca, IL 60143


Competitive Concrete Cutting, Inc.
c/o Edgerton & Edgerton
125 Wood St., PO Box 218
West Chicago, IL 60186


Continental Disposal LLC
3465 S. Lituanica
Chicago, IL 60608


Creative Industries Terrazzo
1753 N. Spaulding Avenue
Chicago, IL 60647-4920


Dell Business Credit
P.O. Box 5275
Carol Stream, IL 60197-5275


Dex
Box 660835
Dallas, TX 75266-0835


Elfco
9860 Clearvue Court
Mokena, IL 60448

Evergreen State Bank
c/o Daniel J. McGarry
33 E. Main St., Suite 300
Madison, WI 53703


GM Business Card
PO Box 15153
Wilmington, DE 19886-5153


Harrington Industrial Plastics LLC
10151 Bunsen Way
Louisville, KY 40299


Harrington Industrial Plastics, LLC
c/o John D. Burke/ Ice Miller, LLP
200 W. Madison Street, Suite 3500
Chicago, IL 60606


Harris, N.A.
c/o Martin J. Wasserman
191 N. Wacker Dr., Suite 1800
Chicago, IL 60606


Hines Excavating, Inc.
21W141 Canary Road
Lombard, IL 60148


Home Depot Credit Services
PO Box 6029
The Lakes, NV 88901-6029


Jerry Salem
124 Lewis Ct.
Schaumburg, IL 60193


John J. Moroney & Co.
8301 S. 77th Avenue
Bridgeview, IL 60455


Kieft Bros., Inc.
Dept. CH 17487
Palatine, IL 60055-7487

McCann Industries, Inc.
38951 Eagle Way
Chicago, IL 60678-1389


McCann Industries, Inc.
c/o Nigro Westfall
1793 Bloomingdale Rd.
Glendale Heights, IL 60139


McLennan Property Management Co.
25 N. Northwest Highway
Park Ridge, IL 60068


Menards
PO Box 5219
Carol Stream, IL 60197


Miller Concrete Construction, Inc.
903 W. Washington St. Suite 300
West Chicago, IL 60185


Mueller & Co., LLP
2230 Point Blvd. Suite 700
Elgin, IL 60123


Porter Pipe and Supply Co.
35049 Eagle Way
Chicago, IL 60678


Rent Rite
1260 Higgins Road
Elk Grove Village, IL 60007


RSC Equipment Rental
3639 Maine
Quincy, IL 62305


S.K. Culver Co.
487 Thomas Drive
Bensenville, IL 60106


Sears Gold MC 4731
PO Box 182149
Columbus, OH 43218-2149

Shell Fleet Plus
PO Box 183019
Columbus, OH 43218


Spartan Tool
1506 West Division Street
Mendota, IL 61342


Stand Guard, Inc
6110 Lou Street
Crystal Lake, IL 60014


Stieper Law Offices, LTD
2500 West Higgins Road Suite 1200
Hoffman Estates, IL 60169-7243


Test Gauge and Backflow Supply Inc.
2587 Millenium Drive Unit K-2
Elgin, IL 60123


The IDM Group
P.O. Box 1507
South Pasadena, CA 91031-1507


Tradeco Construction
287 Exeter Lane
Sugar Grove, IL 60554


U.S. Bank
PO Box 790179
St. Louis, MO 63179-0179


United Visa
PO Box 15153
Wilmington, DE 19886-5153


US Plumbing and Heating Supply Co., Inc.
160 Joey Drive
Elk Grove Village, IL 60007


W-T Mechanical/Electrical Engineering
2675 Pratum Avenue
Hoffman Estates, IL 60192

West Bend Mutual
Bin 432
Milwaukee, WI 53288-0432


Wm. F. Meyer Co.
1225 Gateway Drive
Elgin, IL 60124


Yellow Book
PO Box 660052
Dallas, TX 75266-0052


Ziebell Water Service
2001 Pratt Blvd.
Elk Grove Village, IL 60007

# United States Bankruptcy Court
## Northern District of Illinois

In re **Prime Plumbing, Inc.**

Debtor(s)

Case No.

Chapter **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Prime Plumbing, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March  1, 2011**

Date

**/s/ Ariel Weissberg**

**Ariel Weissberg 03125591**

Signature of Attorney or Litigant

Counsel for   **Prime Plumbing, Inc.**

**Weissberg and Associates, Ltd.**
**401 S. LaSalle St.**
**Suite 403**
**Chicago, IL 60605**
**312-663-0004 Fax:312-663-1514**
**ariel@weissberglaw.com**