UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| PRIME PLUMBING, INC. | § | Case No. 11-08478 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 03/08/2012 in Courtroom 619,
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/01/2012      By: /s/ Barry A. Chatz, Trustee
                                                           Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 11-08478-JPC
Prime Plumbing, Inc.                                                   Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: dross              Page 1 of 3              Date Rcvd: Feb 02, 2012
                                Form ID: pdf006          Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2012.
```
db         +Prime Plumbing, Inc.,    124 Lewis Court,    Schaumburg, IL 60193-1605
aty        +Baldi Berg & Wallace, Ltd,    19 S LaSalle St.,,   Suite 1500,    Chicago, IL 60603-1413
16896314    AT&T,   PO Box 8100,    Aurora, IL 60507-8100
16896309   +Alliance Concrete Sawing Drilling,    570 Rock Road Drive Unit N,    East Dundee, IL 60118-2448
16896310   +Alliance Industrial Services, LLC,    LLC 570 Rock Road Drive Unit N,    East Dundee, IL 60118-2448
17296805    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16896311   +American Express Corporate,    PO Box 0001,   Los Angeles, CA 90096-8000
16896312    American Express Simply Cash,    PO Box 0001,   Los Angeles, CA 90096-0002
16896313   +American Insulation, Inc. WBE,    6N181 Cloverdale Road,    Roselle, IL 60172-3224
16896317   +BG Concrete Inc.,    265 Apollo Court,    Wood Dale, IL 60191-1724
17561467   +Barge Terminal Trucking, Inc.,    c/o Tim Edmier,    Chuhak & Tecson, P.C.,
             30 S. Wacker Dr., Ste. 2600,    Chicago, IL 60606-7512
16896315   +Barge Terminal Trucking, Inc.,    P.O. Box 636,    Oswego, IL 60543-0636
16896316   +Barge Terminal Trucking, Inc.,    c/o Terrence J. Benshoff,    30 S. Wacker Dr., 26th Floor,
             Chicago, IL 60606-7512
16896318   +Caine & Weiner,    1699 East Woodfield Rd.,    Schaumburg, IL 60173-4935
16896319   +Carol Salem,    124 Lewis Ct.,    Schaumburg, IL 60193-1605
16896321    Chase Card Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
16896322    CitiBusiness Card,    PO Box 688901,    DesMoines, IA 50368-8901
16896324   +Competitive Concrete Cutting, Inc.,    c/o Edgerton & Edgerton,    125 Wood St., PO Box 218,
             West Chicago, IL 60186-0218
16896323   +Competitive Concrete Cutting, Inc.,    P.O. Box 232,    Itasca, IL 60143-0232
16896326    Creative Industries Terrazzo,    1753 N. Spaulding Avenue,    Chicago, IL 60647-4920
16896327   ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Business Credit,    P.O. Box 5275,    Carol Stream, IL 60197-5275)
16896328    Dex,    Box 660835,    Dallas, TX 75266-0835
16896330   +Evergreen State Bank,    c/o Daniel J. McGarry,    33 E. Main St., Suite 300,
             Madison, WI 53703-4655
16896331    GM Business Card,    PO Box 15153,    Wilmington, DE 19886-5153
16896333   +Harrington Industrial Plastics, LLC,    c/o John D. Burke/ Ice Miller, LLP,
             200 W. Madison Street, Suite 3500,    Chicago, IL 60606-3417
17234226   +Harris NA,    c/o Much Shelist - Martin J. Wasserman,    191 N. Wacker Drive - Suite 1800,
             Chicago, IL 60606-1631
16896334   +Harris, N.A.,    c/o Martin J. Wasserman,    191 N. Wacker Dr., Suite 1800,
             Chicago, IL 60606-1631
16896335   +Hines Excavating, Inc.,    21W141 Canary Road,    Lombard, IL 60148-5211
16896336    Home Depot Credit Services,    PO Box 6029,    The Lakes, NV 88901-6029
17537248   +ILLINOIS BELL TELEPHONE COMPANY,    %AT&T SERVICES INC.,    JAMES GRUDUS, ESQ.,
             ONE AT&T WAY, ROOM 3A218,    BEDMINSTER, NJ 07921-2693
16896337   +Jerry Salem,    124 Lewis Ct.,    Schaumburg, IL 60193-1605
16896338   +John J. Moroney & Co.,    8301 S. 77th Avenue,    Bridgeview, IL 60455-1736
16896339   +Kieft Bros., Inc.,    c/o Anthony G. Suizzo, Attorney,    1701 E. Lake Ave., Ste. 310,
             Glenview IL 60025-2061
16896341   +McCann Industries, Inc.,    c/o Nigro Westfall,    1793 Bloomingdale Rd.,
             Glendale Heights, IL 60139-3800
16896340    McCann Industries, Inc.,    38951 Eagle Way,    Chicago, IL 60678-1389
16896342   +McLennan Property Management Co.,    25 N. Northwest Highway,    Park Ridge, IL 60068-3375
16896343   +Menards,    PO Box 5219,    Carol Stream, IL 60197-5219
16896345   +Mueller & Co., LLP,    2230 Point Blvd. Suite 700,    Elgin, IL 60123-9205
16896346   +Porter Pipe and Supply Co.,    35049 Eagle Way,    Chicago, IL 60678-1350
16896347   +Rent Rite,    1260 Higgins Road,    Elk Grove Village, IL 60007-1694
16896349   +S.K. Culver Co.,    487 Thomas Drive,    Bensenville, IL 60106-1618
16896350    Sears Gold MC 4731,    PO Box 182149,    Columbus, OH 43218-2149
16896351   +Shell Fleet Plus,    PO Box 183019,    Columbus, OH 43218-3019
16896352   +Spartan Tool,    1506 West Division Street,    Mendota, IL 61342-2426
16896353   +Stand Guard, Inc,    6110 Lou Street,    Crystal Lake, IL 60014-7917
16896354    Stieper Law Offices, LTD,    2500 West Higgins Road Suite 1200,    Hoffman Estates, IL 60169-7243
16896355   +Test Gauge and Backflow Supply Inc.,    2587 Millenium Drive Unit K-2,    Elgin, IL 60124-5726
16896356    The IDM Group,    P.O. Box 1507,    South Pasadena, CA 91031-1507
16896357   +Tradeco Construction,    287 Exeter Lane,    Sugar Grove, IL 60554-9470
16896358   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank,    PO Box 790179,    St. Louis, MO 63179-0179)
16896360   +US Plumbing and Heating Supply Co., Inc.,    160 Joey Drive,    Elk Grove Village, IL 60007-1351
16896359    United Visa,    PO Box 15153,    Wilmington, DE 19886-5153
16896361   +W-T Mechanical/Electrical Engineering,    2675 Pratum Avenue,    Hoffman Estates, IL 60192-3703
16896362    West Bend Mutual,    Bin 432,    Milwaukee, WI 53288-0432
16896363   +Wm. F. Meyer Co.,    1225 Gateway Drive,    Elgin, IL 60124-7856
16896364    Yellow Book,    PO Box 660052,    Dallas, TX 75266-0052
16896365   +Ziebell Water Service,    2001 Pratt Blvd.,    Elk Grove Village, IL 60007-5987
```

```
District/off: 0752-1          User: dross              Page 2 of 3              Date Rcvd: Feb 02, 2012
                              Form ID: pdf006          Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16896308       E-mail/Text: bkr@cardworks.com Feb 03 2012 02:18:29      Advanta,   PO Box 8088,
                Philadelphia, PA 19101-8088
16896329      +E-mail/Text: john.sullivan@elfco.com Feb 03 2012 02:19:46      Elfco,   9860 Clearvue Court,
                Mokena, IL 60448-8954
16896348      +E-mail/Text: credit@rscrental.com Feb 03 2012 02:19:12      RSC Equipment Rental,   3639 Maine,
                Quincy, IL 62305-5823
                                                                                               TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17309638*      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16896320     ##CB&K Supply,    PO Box 1037,   Janesville, WI 53547-1037
16896325    ##+Continental Disposal LLC,   3465 S. Lituanica,   Chicago, IL 60608-6738
16896332    ##+Harrington Industrial Plastics LLC,   10151 Bunsen Way,   Louisville, KY 40299-2503
16896344    ##+Miller Concrete Construction, Inc.,   903 W. Washington St. Suite 300,
                West Chicago, IL 60185-6003
                                                                                 TOTALS: 0, * 1, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 04, 2012**                         **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1           User: dross              Page 3 of 3                Date Rcvd: Feb 02, 2012
                               Form ID: pdf006          Total Noticed: 60
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2012 at the address(es) listed below:
          Ariel   Weissberg    on behalf of Debtor   Prime Plumbing, Inc. ariel@weissberglaw.com,
           Hava@weissberglaw.com;mike@weissberglaw.com;victor@weissberglaw.com;john@weissberglaw.com
          Barry A Chatz    bachatz@arnstein.com,
           bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
          Francisco   Connell    on behalf of Creditor   Barge Terminal Trucking Inc fconnell@chuhak.com,
           kgord@chuhak.com
          Joseph A Baldi    on behalf of Trustee Barry Chatz jabaldi@baldiberg.com,
           jabaldi@ameritech.net;jmanola@baldiberg.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                      TOTAL: 5