UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                              §
                                    §
PRIME PLUMBING, INC.                §          Case No. 11-08478
                                    §
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By: /s/BARRY A. CHATZ _____
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | U.S. Bank PO Box 790179 St. Louis, MO 63179-0179 |  |  |  |  |  |
| 000003 | HARRIS NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BALDI, BERG & WALLACE, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T PO Box 8100 Aurora, IL 60507-8100 | | | | | |
| | Advanta PO Box 8088 Philadelphia, PA 19101-8088 | | | | | |
| | Alliance Concrete Sawing Drilling 570 Rock Road Drive Unit N East Dundee, IL 60118 | | | | | |
| | Alliance Industrial Services, LLC LLC 570 Rock Road Drive Unit N East Dundee, IL 60118 | | | | | |
| | American Express Corporate PO Box 0001 Los Angeles, CA 90096 | | | | | |
| | American Express Simply Cash PO Box 0001 Los Angeles, CA 90096-0002 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Insulation, Inc. WBE 6N181 Cloverdale Road Roselle, IL 60172 | | | | | |
| | BG Concrete Inc. 265 Apollo Court Wood Dale, IL 60191 | | | | | |
| | Barge Terminal Trucking, Inc. P.O. Box 636 Oswego, IL 60543 | | | | | |
| | Barge Terminal Trucking, Inc. c/o Terrence J. Benshoff 30 S. Wacker Dr., 26th Floor Chicago, IL 60606 | | | | | |
| | CB&K Supply PO Box 1037 Janesville, WI 53547-1037 | | | | | |
| | Caine & Weiner 1699 East Woodfield Rd. Schaumburg, IL 60173 | | | | | |
| | Chase Card Services P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | CitiBusiness Card PO Box 688901 DesMoines, IA 50368-8901 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Competitive Concrete Cutting, Inc. P.O. Box 232 Itasca, IL 60143 | | | | | |
| | Competitive Concrete Cutting, Inc. c/o Edgerton & Edgerton 125 Wood St., PO Box 218 West Chicago, IL 60186 | | | | | |
| | Continental Disposal LLC 3465 S. Lituanica Chicago, IL 60608 | | | | | |
| | Creative Industries Terrazzo 1753 N. Spaulding Avenue Chicago, IL 60647-4920 | | | | | |
| | Dell Business Credit P.O. Box 5275 Carol Stream, IL 60197-5275 | | | | | |
| | Dex Box 660835 Dallas, TX 75266-0835 | | | | | |
| | Elfco 9860 Clearvue Court Mokena, IL 60448 | | | | | |
| | Evergreen State Bank c/o Daniel J. McGarry 33 E. Main St., Suite 300 Madison, WI 53703 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GM Business Card PO Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Harrington Industrial Plastics LLC 10151 Bunsen Way Louisville, KY 40299 | | | | | |
| | Harrington Industrial Plastics, LLC c/o John D. Burke/ Ice Miller, LLP 200 W. Madison Street, Suite 3500 Chicago, IL 60606 | | | | | |
| | Harris, N.A. c/o Martin J. Wasserman 191 N. Wacker Dr., Suite 1800 Chicago, IL 60606 | | | | | |
| | Hines Excavating, Inc. 21W141 Canary Road Lombard, IL 60148 | | | | | |
| | Home Depot Credit Services PO Box 6029 The Lakes, NV 88901-6029 | | | | | |
| | John J. Moroney & Co. 8301 S. 77th Avenue Bridgeview, IL 60455 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Kieft Bros., Inc. Dept. CH 17487 Palatine, IL 60055-7487 |  |  |  |  |  |
|  | McCann Industries, Inc. 38951 Eagle Way Chicago, IL 60678-1389 |  |  |  |  |  |
|  | McCann Industries, Inc. c/o Nigro Westfall 1793 Bloomingdale Rd. Glendale Heights, IL 60139 |  |  |  |  |  |
|  | McLennan Property Management Co. 25 N. Northwest Highway Park Ridge, IL 60068 |  |  |  |  |  |
|  | Menards PO Box 5219 Carol Stream, IL 60197 |  |  |  |  |  |
|  | Miller Concrete Construction, Inc. 903 W. Washington St. Suite 300 West Chicago, IL 60185 |  |  |  |  |  |
|  | Mueller & Co., LLP 2230 Point Blvd. Suite 700 Elgin, IL 60123 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Porter Pipe and Supply Co. 35049 Eagle Way Chicago, IL 60678 | | | | | |
| | RSC Equipment Rental 3639 Maine Quincy, IL 62305 | | | | | |
| | Rent Rite 1260 Higgins Road Elk Grove Village, IL 60007 | | | | | |
| | S.K. Culver Co. 487 Thomas Drive Bensenville, IL 60106 | | | | | |
| | Sears Gold MC 4731 PO Box 182149 Columbus, OH 43218-2149 | | | | | |
| | Shell Fleet Plus PO Box 183019 Columbus, OH 43218 | | | | | |
| | Spartan Tool 1506 West Division Street Mendota, IL 61342 | | | | | |
| | Stand Guard, Inc 6110 Lou Street Crystal Lake, IL 60014 | | | | | |
| | Stieper Law Offices, LTD 2500 West Higgins Road Suite 1200 Hoffman Estates, IL 60169-7243 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Test Gauge and Backflow Supply Inc. 2587 Millenium Drive Unit K-2 Elgin, IL 60123 | | | | | |
| | The IDM Group P.O. Box 1507 South Pasadena, CA 91031-1507 | | | | | |
| | Tradeco Construction 287 Exeter Lane Sugar Grove, IL 60554 | | | | | |
| | US Plumbing and Heating Supply Co., Inc. 160 Joey Drive Elk Grove Village, IL 60007 | | | | | |
| | United Visa PO Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | W-T Mechanical/Electrical Engineering 2675 Pratum Avenue Hoffman Estates, IL 60192 | | | | | |
| | West Bend Mutual Bin 432 Milwaukee, WI 53288-0432 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wm. F. Meyer Co. 1225 Gateway Drive Elgin, IL 60124 | | | | | |
| | Yellow Book PO Box 660052 Dallas, TX 75266-0052 | | | | | |
| | Ziebell Water Service 2001 Pratt Blvd. Elk Grove Village, IL 60007 | | | | | |
| 000005 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000006 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000013 | BARGE TERMINAL TRUCKING, INC. | | | | | |
| 000011 | CAINE & WEINER | | | | | |
| 000001 | ELFCO | | | | | |
| 000012 | ILLINOIS BELL TELEPHONE COMPANY | | | | | |
| 000009 | KIEFT BROS., INC. | | | | | |
| 000004 | MCCANN INDUSTRIES, INC. | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | MUELLER & CO., LLP | | | | | |
| 000010 | RENT RITE | | | | | |
| 000002 | TRADECO CONSTRUCTION | | | | | |
| 000007 | ZIEBELL WATER SERVICE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-08478 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- | --- |
| Case Name: | PRIME PLUMBING, INC. | | | Date Filed (f) or Converted (c): | 03/01/11 (f) |
| | | | | 341(a) Meeting Date: | 04/15/11 |
| For Period Ending: | 09/12/12 | | | Claims Bar Date: | 07/20/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS  Harris Bank Checking Account #8331 (Frozen July 2010) | 1,319.07 | 0.00 | DA | 0.00 | FA |
| 2. BANK ACCOUNTS  Harris Bank Savings Account #6814 | 138.42 | 0.00 | DA | 0.00 | FA |
| 3. VEHICLES  2008 Chevy Express Van | 11,995.00 | 0.00 | DA | 6,666.66 | FA |
| 4. VEHICLES  12004 Chevy Express Van (approx.) | 5,000.00 | 0.00 | DA | 3,333.34 | FA |
| 5. INVENTORY  Copper Fittings (approx.) | 500.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | DA | 0.29 | FA |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $18,952.49 | $0.00 | | $10,000.29 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR SUBMITTED TO U.S. TRUSTEE'S OFFICE FOR APPROVAL.

Initial Projected Date of Final Report (TFR): 03/31/12     Current Projected Date of Final Report (TFR): 03/31/12

LFORM1                                                                                                              Ver: 16.06f

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-08478 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | PRIME PLUMBING, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7471 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6705 | | | |
| For Period Ending: | 09/12/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/01/11 | 3 | PIPE-LINE PLUMBING SERVICES, INC. P.O. BOX 68157 SCHAUMBURG, IL 60168 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 3,333.33 | | 3,333.33 |
| 08/30/11 | 3 | Pipe-Line Plumbing Services, Inc. P.O. Box 68157 Schaumburg, IL 60168 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 3,333.33 | | 6,666.66 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 6,666.69 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,666.74 |
| 10/05/11 | 4 | PIPE-LINE PLUMBING SERVICES, INC. P.O. BOX 68157 SCHAUMBURG, IL 60168 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 3,333.34 | | 10,000.08 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,000.16 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.37 | 9,988.79 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,988.87 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.31 | 9,976.56 |
| 12/20/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 9,976.61 |
| 12/20/11 | | Transfer to Acct #*******7662 | Final Posting Transfer | 9999-000 | | 9,976.61 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 10,000.29 | 10,000.29 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 9,976.61 | |
| Subtotal | 10,000.29 | 23.68 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 10,000.29 | 23.68 | |

Page Subtotals    10,000.29    10,000.29

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-08478 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | PRIME PLUMBING, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7662  BofA - Checking Account |
| Taxpayer ID No: | *******6705 | | |
| For Period Ending: | 09/12/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/11 | | Transfer from Acct #*******7471 | Transfer In From MMA Account | 9999-000 | 9,976.61 | | 9,976.61 |
| 01/20/12 | | Transfer to Acct #*******4331 | Bank Funds Transfer | 9999-000 | | 9,976.61 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 9,976.61 | 9,976.61 | 0.00 |
| Less: Bank Transfers/CD's | | 9,976.61 | 9,976.61 | |
| Subtotal | | 0.00 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 0.00 | |

Page Subtotals                    9,976.61              9,976.61

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-08478 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | PRIME PLUMBING, INC. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******4331  Checking Account |
| Taxpayer ID No: | *******6705 | | |
| For Period Ending: | 09/12/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/20/12 | | Transfer from Acct #*******7662 | Bank Funds Transfer | 9999-000 | 9,976.61 | | 9,976.61 |
| 03/09/12 | 003001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Compensation/Expense | | | 1,814.25 | 8,162.36 |
| | | | Fees        1,750.03 | 2100-000 | | | |
| | | | Expenses       64.22 | 2200-000 | | | |
| 03/09/12 | 003002 | Baldi, Berg & Wallace, Ltd.<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, IL 60603 | Attorney for Trustee Fees (Other Fi | 3210-000 | | 3,065.50 | 5,096.86 |
| 03/09/12 | 003003 | ELFCO<br>9860 CLEARVUE COURT<br>MOKENA, IL 60448 | Claim 000001, Payment 3.80% | 7100-000 | | 205.98 | 4,890.88 |
| 03/09/12 | 003004 | TRADECO CONSTRUCTION<br>287 EXETER LANE<br>SUGAR GROVE, IL 60554 | Claim 000002, Payment 3.80% | 7100-000 | | 92.34 | 4,798.54 |
| 03/09/12 | 003005 | MCCANN INDUSTRIES, INC.<br>38951 EAGLE WAY<br>CHICAGO, IL 60678-1389 | Claim 000004, Payment 3.80% | 7100-000 | | 66.34 | 4,732.20 |
| 03/09/12 | 003006 | AMERICAN EXPRESS BANK, FSB<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim 000005, Payment 3.80% | 7100-000 | | 474.60 | 4,257.60 |
| 03/09/12 | 003007 | AMERICAN EXPRESS BANK, FSB<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim 000006, Payment 3.80% | 7100-000 | | 1,181.52 | 3,076.08 |
| 03/09/12 | 003008 | ZIEBELL WATER SERVICE | Claim 000007, Payment 3.80% | 7100-000 | | 249.32 | 2,826.76 |
| | | | Page Subtotals | | 9,976.61 | 7,149.85 | |

Ver: 16.06f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-08478 | Trustee Name: | BARRY A. CHATZ |
| Case Name: | PRIME PLUMBING, INC. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******4331  Checking Account |
| Taxpayer ID No: | *******6705 | | |
| For Period Ending: | 09/12/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/09/12 | 003009 | 2001 PRATT BLVD.<br>ELK GROVE VILLAGE, IL 60007<br>MUELLER & CO., LLP | Claim 000008, Payment 3.80% | 7100-000 | | 407.05 | 2,419.71 |
| 03/09/12 | 003010 | 2230 POINT BLVD. SUITE 700<br>ELGIN, IL 60123<br>KIEFT BROS., INC.<br>C/O ANTHONY G. SUIZZO, ATTORNEY<br>1701 E. LAKE AVE., STE. 310<br>GLENVIEW IL 60025 | Claim 000009, Payment 3.80% | 7100-000 | | 539.02 | 1,880.69 |
| 03/09/12 | 003011 | RENT RITE<br>1260 HIGGINS ROAD<br>ELK GROVE VILLAGE, IL 60007 | Claim 000010, Payment 3.80% | 7100-000 | | 790.04 | 1,090.65 |
| 03/09/12 | 003012 | CAINE & WEINER<br>1699 EAST WOODFIELD RD.<br>SCHAUMBURG, IL 60173 | Claim 000011, Payment 3.80% | 7100-000 | | 24.01 | 1,066.64 |
| 03/09/12 | 003013 | ILLINOIS BELL TELEPHONE COMPANY<br>%AT&T SERVICES INC.<br>JAMES GRUDUS, ESQ.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim 000012, Payment 3.80% | 7100-000 | | 8.64 | 1,058.00 |
| 03/09/12 | 003014 | BARGE TERMINAL TRUCKING, INC.<br>C/O TIM EDMIER<br>CHUHAK & TECSON, P.C.<br>30 S. WACKER DR., STE. 2600<br>CHICAGO, IL 60606 | Claim 000013, Payment 3.80% | 7100-000 | | 1,058.00 | 0.00 |

Page Subtotals     0.00     2,826.76

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-08478 |
| Case Name: | PRIME PLUMBING, INC. |
| Taxpayer ID No: | *******6705 |
| For Period Ending: | 09/12/12 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4331  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 9,976.61 | 9,976.61 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 9,976.61 | 0.00 | |
| | | | Subtotal | | 0.00 | 9,976.61 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 9,976.61 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******7471 | 10,000.29 | 23.68 | 0.00 |
| BofA - Checking Account - *******7662 | 0.00 | 0.00 | 0.00 |
| Checking Account - *******4331 | 0.00 | 9,976.61 | 0.00 |
| | 10,000.29 | 10,000.29 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 16.06f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*